**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FORE EARL NORMAN, III                                                                                    PLAINTIFF

V.                                      NO: 5:10CV00001 JMM

McCONNICH *et al.*                                                                                       DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   10    day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE